# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3023NE

_____

| | | |
|---|---|---|
| McArthur Johnson, | * | |
| | * | |
| Appellant, | * | On Appeal from the United |
| | * | States District Court |
| v. | * | for the District of |
| | * | Nebraska. |
| Union Pacific Railroad Company, a | * | |
| Corporation, | * | [Not To Be Published] |
| | * | |
| Appellee. | * | |

_____

Submitted: July 25, 2001

Filed: August 2, 2001

_____

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

_____

PER CURIAM.

McArthur Johnson appeals from a jury verdict in favor of Union Pacific Railroad, his former employer, in his Americans with Disabilities Act case. Upon a thorough review of the record--and of Johnson's appellate brief, which does not present us with any specific legal challenge to the jury verdict or to the trial--we conclude that the District Court's[1] judgment should be affirmed.

_____

[1]The Honorable Thomas M. Shanahan, United States District Judge for the District of Nebraska.

Accordingly, we affirm.  See 8th Cir. R. 47B.  We also deny Johnson's motion for appointment of counsel.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.